## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## BAY CITY DIVISION

EDWARD BARTOSZEK,

        Plaintiff,

v.

DELTA COLLEGE,

        Defendant.

_____/

Case No. 21-CV-11923
Honorable Jonathon J.C. Grey

## **STIPULATED ORDER OF DISMISSAL**

**IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective counsel, that the above-entitled cause of action, be dismissed with prejudice and without costs, interest, or attorney fees as to all parties.

**IT IS HEREBY ORDERED** that the above-entitled cause of action be dismissed with prejudice and without costs, interest or attorney fees as to all parties.

This Order resolves the last issues in this case and closes this case.

**IT IS SO ORDERED**.

                            s/Jonathan J.C. Grey
                            JONATHAN J.C. GREY
                            U.S. District Court Judge

Dated: October 4, 2023

We Stipulate to entry of this Order:

| | |
|---|---|
| /s/ *John C. Theisen* (w/consent) | /s/ *Joel B. Ashton* |
| JOHN C. THEISEN (549-02) | JOEL B. ASHTON (P47039) |
| ANGELLE M. ROTHIS (P 37661) | Attorney for Defendant |
| Attorneys for Plaintiff | |

<u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 4, 2023.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager